# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E1384388 | C. Cooper | 2888 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/20/2022 1340 | 36 CFR 2.32(a)(3)(x): |

Place of Offense: Many Glacier Road

Offense Description: Factual Basis for Charge — HAZMAT ☐

Gives false information to an investigator

### DEFENDANT INFORMATION

Last Name: Mcpherson
First Name: Crystal
M.I.: L

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 084 UUH | AR | 03 | Subaru BJA | | BLK |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov — NP222542497

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Great Falls MT
Date: 10/06/22
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1384388*

CVB SCAN 09/12/2022 16:45

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 20th**, 20**22** while exercising my duties as a law enforcement officer in the **Federal** District of **Montana**

See attached

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/20/2022    Officer's Signature: [signed] C. S. Cooper

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/12/2022 16:45