# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL L. MCPHERSON,<br><br>Defendant. | PO-22-05139-GF-JTJ<br><br>VIOLATIONS:<br>E1384385<br>E1384386<br>E1384387<br>E1384388<br>E1384389<br>Location Code: M13<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation E1384386 (for a total of $130), and for good cause shown, **IT IS ORDERED** that the $130 fine paid by the defendant is accepted as a full adjudication of violation E1384386. **IT IS ALSO ORDERED** that violations E1384385, E1384387, E1384388 and E1384389 are **DISMISSED. IT IS FURTHER ORDERED** that the initial appearance scheduled for October 6, 2022, is **VACATED**.

DATED this 3rd day of October, 2022.

_____
John Johnston
United States Magistrate Judge